Filed 4/10/14  P. v. Dent CA3

<u>**NOT TO BE PUBLISHED**</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## THIRD APPELLATE DISTRICT

### (Butte)

----

| | |
|---|---|
| THE PEOPLE, | C074864 |
| Plaintiff and Respondent, | (Super. Ct. No. CM038920) |
| v. | |
| SAM ALLEN DENT, | |
| Defendant and Appellant. | |

Appointed counsel for defendant Sam Allen Dent has asked this court to review the record to determine whether there exist any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).)  In accordance with *People v. Kelly* (2006) 40 Cal.4th 106, 110, we will provide a summary of the offense and the proceedings in the trial court.  We shall affirm the judgment.

On May 23, 2013, defendant punched and choked the mother of his two children. The following morning, defendant began verbally abusing her and then punched her several times in the head and face before he started to choke her again.  When questioned, defendant admitted hitting his victim but said that she started it.

1

Defendant was subsequently charged with inflicting corporal injury to his children's mother. (Pen. Code, § 273.5, subd. (a).) Defendant pleaded no contest to the charge in exchange for three years of felony probation.

The trial court sentenced defendant in accordance with his plea agreement, suspending imposition of the sentence and ordering defendant to serve three years of felony probation. The court ordered defendant to serve 30 days in county jail, complete 100 hours of community service, complete a batterers' program, and pay various fines and fees.

Defendant appeals. He did not obtain a certificate of probable cause.

Counsel filed an opening brief that sets forth the facts of the case and requests that this court review the record and determine whether it reflects any arguable issues on appeal. (*Wende, supra,* 25 Cal.3d 436.) Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing of the opening brief. More than 30 days have elapsed and we have received no communication from defendant. We have reviewed the record in its entirety and find no error that might result in a disposition more favorable to defendant.

## DISPOSITION

The judgment is affirmed.


        BUTZ        , Acting P. J.


We concur:


    DUARTE    , J.


    HOCH    , J.

2